2:25-cv-503

United States Post Office is tampering with my mail Alternateing letter from Washington DC and hold mail hostage.

[Signature]
5/13/25

